46 So.3d 631 (2010)
Rodney HOLMES, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D10-2217.
District Court of Appeal of Florida, Third District.
October 20, 2010.
Rodney Holmes, in proper person.
Bill McCollum, Attorney General, for appellee.
Before SHEPHERD, CORTIÑAS, and ROTHENBERG, JJ.
PER CURIAM.
Affirmed.
CORTIÑAS and ROTHENBERG, JJ., concur.
SHEPHERD, J., dissenting.
I would dismiss the Notice of Appeal as untimely filed. See Fla. R.App. P. 9.110(b).